Lawrence Z. Lorber, Esq. (DC Bar No. 103127)
Marvin M. Goldstein (not admitted in DC)
Steven Yarusinsky (not admitted in DC)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, D.C. 20004-2533
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL TRIMMING, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. CV-06-0583 (ESH) |
| STEPHEN BRYEN, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE**

Plaintiff MICHAEL TRIMMING, pursuant to Rule 4.1(m) of the Federal Rules of Civil Procedure, by and through undersigned counsel, hereby respectfully moves for entry of an Order to withdraw without prejudice the Complaint filed on March 30, 2006, in the above-captioned action. This motion is made within 120 days after filing of the Complaint and service of the summons and complaint upon defendant has not been made.

Dated: June 28, 2006              PROSKAUER ROSE LLP

                                  By: _____
                                  Lawrence Z. Lorber, Esq. (DC Bar No. 103127)
                                  Marvin M. Goldstein, Esq. (not admitted in DC)
                                  Steven Yarusinsky, Esq. (not admitted in DC)
                                  1001 Pennsylvania Avenue, NW, Suite 400 South
                                  Washington, D.C. 20004-2533
                                  202.416.6800
                                  *Attorneys for Plaintiff Michael Trimming*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL TRIMMING, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>STEPHEN BRYEN, )<br>)<br>Defendant. ) | CIVIL ACTION NO. CV-06-0583 (ESH) |

## ORDER

Whereas Plaintiff MICHAEL TRIMMING, by and through undersigned counsel, has moved to have withdrawn without prejudice the Complaint filed on March 30, 2006, in the above-captioned action, it is hereby

ORDERED that the Complaint filed on March 30, 2006, in the above-captioned action be withdrawn without prejudice.

Dated:_____         _____
                                                                Hon. Ellen Segal Huvelle

COPIES TO:

Lawrence Z. Lorber, Esq.
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, D.C. 20004-2533